UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXSONY COISSY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOER, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01556-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 14) |

　　　　Plaintiff Maxsony Coissy is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2401, *et seq*. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 18, 2025, the assigned magistrate judge screened the complaint and granted plaintiff leave to file a first amended complaint or notice of voluntary dismissal within thirty days. Doc. 13. The screening order was returned as "Undeliverable, Return to Sender, Refused" on August 4, 2025. On September 11, 2025, the magistrate judge issued findings and recommendations to dismiss this action, with prejudice, for failure to obey a court order, failure to prosecute, and for failure to state a claim. Doc. 14. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within

1

1  fourteen days after service. *Id.* at 17. Plaintiff has not filed objections, and the time to do so has
2  expired.
3     In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
4  the case. Having carefully reviewed the file, the Court concludes that the findings and
5  recommendations are supported by the record and by proper analysis.
6     Accordingly:
7     1. The findings and recommendations issued on September 11, 2025, Doc. 14, are
8        adopted, except that the dismissal is without prejudice;
9     2. This action is dismissed without prejudice; and
10    3. The Clerk of this Court is directed to close this case.

13 IT IS SO ORDERED.

14    Dated:   November 9, 2025
           _____
           UNITED STATES DISTRICT JUDGE

2